## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Court File No. 12-cv-380 (DWF/SER)

Mark Racek and
Mary Racek,

      Plaintiffs,

v.

Gurstel Chargo, P.A., and
Asset Acceptance, LLC,

      Defendants.

**NOTICE OF WITHDRAWAL AND SUBSTITUTION**

**PLEASE TAKE NOTICE** that pursuant to D. Minn. LR 83.7(b), the undersigned attorney hereby requests the Court and counsel to remove Spencer J. Seamans, Esq. and Gurstel Chargo, P.A., as counsel of record for Defendants Gurstel Chargo, P.A. and Asset Acceptance, LLC.

Andrew D. Parker and Anthony G. Edwards, Esq., of Parker Rosen, LLC, 888 Colwell Building, 123 North Third Street, Minneapolis, MN 55401, have filed a Notice of Appearance as counsel for Gurstel Chargo, P.A. and Asset Acceptance, LLC in this matter and will represent both Defendants in this matter.

Dated: October 24, 2013      By:   s/Anthony G. Edwards

                                     PARKER ROSEN, LLC
                                          Andrew D. Parker    (#195042)
                                          Anthony G. Edwards  (#342555)
                                          Parker Rosen, L.L.C.
                                          888 Colwell Building
                                          123 North Third Street
                                          Minneapolis, MN 55401
                                          Telephone: (612) 767-3000
                                          parker@parkerrosen.com
                                          edwards@parkerrosen.com

GURSTEL CHARGO, P.A.
   Spencer J. Seamans    (#388019)
   6681 Country Club Drive
   Golden Valley, MN 55427
   Telephone: (763) 2667-6846
   s.seamans@gurstel.com

ATTORNEYS FOR DEFENDANT
GURSTEL CHARGO, P.A. AND
ASSET ACCEPTANCE, LLC